Robert R. Ross, *PRO HAC VICE*
**FEDERAL EXPRESS CORPORATION**
3620 Hacks Cross Road
Building B—2nd Floor
Memphis, Tennessee 38125
Telephone:   (901) 434-8369
Facsimile:   (901) 434-4523
E-mail: rrross@fedex.com

Attorney for DEFENDANTS FEDERAL EXPRESS CORPORATION AND FRED SMITH

FILED
CLERK, U.S. DISTRICT COURT
NOV 17 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SULEIMAN C. EDMONDSON AND TARA SMITH,<br><br>Plaintiffs,<br><br>vs.<br><br>FEDERAL EXPRESS CORPORATION, a corporation; FRED SMITH, Chairman/President and CEO; and DOES ONE through One Hundred;<br><br>Defendants. | Case No. CV07-06688 R (RCx)<br><br>**DEFENDANT FEDERAL EXPRESS CORPORATION'S STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW**<br><br>Date: November 17, 2008<br>Time: 10:00 a.m.<br>Courtroom: 8<br>Hon. Manuel Real<br><br>Complaint Filed: September 14, 2007<br>Trial Date: February 24, 2009 |

Federal Express Corporation ("FedEx") submits the following Statement of Uncontroverted Facts in Support of its Motion for Partial Summary Judgment:

1

1. On or about July 12, 2007, The Cochran Firm contracted with FedEx to ship certain cargo from Los Angeles, California to Suleiman Edmondson, 2425 W. Seventh Avenue #2, Vancouver, British Columbia, Canada.

2. The Cochran Firm did not declare a value for the Shipment.

3. The Shipment traveled under FedEx airbill number 839487531203.

4. The Shipment was delivered on July 24, 2007.

5. While in transit the box containing the shipment burst spilling some of the contents of the box. The shipment was repackaged and sent to its destination. Possibly some of the contents of the shipment did not get repackaged. For purposes of this motion FedEx will admit that some of the pages were not returned to the box during reshipment.

6. The contractual terms governing the Shipment were contained in the FedEx International Air Waybill and Warsaw Convention incorporated by reference in the Air Waybill.

7. The FedEx International Air Waybill states as follows:

If the carriage of your shipment by air involves an ultimate destination or stop in a country other than the country of departure the Warsaw Convention, and any of its subsequent amendments and protocols ("Warsaw Convention") may be applicable and govern and

2

DEFENDANTS' STATEMENT OF UNCONTESTED FACTS IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT.
CASE NO. CV 07-06688 R

in most cases limit our liability for loss damage delay shortage, misdelivery, nondelivery, misinformation, or failure to provide information in connection with your shipment.

In certain countries, the Warsaw Convention limits our liability to US$9.07 per pound (US$20 per kilogram) (or the equivalent in local currency), unless you declare a higher value for carriage as described below. . . . . .

8.  FedEx is a federally certificated all cargo air carrier operating under the authority granted it by the Federal Aviation Administration.

9.  Pursuant to the Warsaw Convention as modified by the Montreal Protocol the limit of liability for damage to goods in transit is 17 SDR per kilo.

DATED: October 9, 2008

                                        Respectfully Submitted,

                                **FEDERAL EXPRESS CORPORATION**

                              By:/s/ Robert R. Ross
                                  Robert R. Ross, Esquire
                                  Attorney for Defendants
                                  Federal Express Corporation
                                  Fred Smith and Does 1-25

So Ordered.

*[Judge's signature]*  NOV- 17, 2008
U.S.D.J.

DEFENDANTS' STATEMENT OF UNCONTESTED FACTS IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT.
CASE NO. CV 07-06688 R

3