1  Robert R. Ross, *PRO HAC VICE*
2  **FEDERAL EXPRESS CORPORATION**
3  3620 Hacks Cross Road
   Building B—2nd Floor
4  Memphis, Tennessee 38125
   Telephone:   (901) 434-8369
5  Facsimile:   (901) 434-4523
   E-mail:  rrross@fedex.com
6

JS-6

7  Christopher J. Yost, Bar No. 150785
   **FEDERAL EXPRESS CORPORATION**
8  2601 Main Street, Suite 340
9  Irvine, California 92614
   Telephone:   (949) 862-4558
10 Facsimile:   (949) 862-4605
   E-mail:  cjyost@fedex.com
11
12 Attorneys for DEFENDANTS FEDERAL EXPRESS CORPORATION AND FRED SMITH
13

14
                    UNITED STATES DISTRICT COURT
15
                   CENTRAL DISTRICT OF CALIFORNIA
16

| | |
|---|---|
| 17  SULEIMAN C. EDMONDSON AND | Case No. CV07-06688 R (RCx) |
| 18  TARA SMITH | **JUDGMENT AND ORDER ON SUMMARY JUDGMENT** |
| 19            Plaintiffs, | |
| 20 | Date:  November 17, 2008<br>Time:  10:00 a.m. |
| 21  vs. | Courtroom: 8 |
| 22 | Hon. Manuel Real |
| 23  FEDERAL EXPRESS CORPORATION, a corporation; FRED SMITH, | Complaint Filed:  September 14, 2007 |
| 24  Chairman/President and CEO; and DOES | Trial Date:  February 24, 2009 |
| 25  ONE through One Hundred; | |
| 26 | |
| 27            Defendants. | |

28

0

JUDGMENT AND ORDER ON SUMMARY JUDGMENT
CASE NO. CV 07-06688 R

On November 17, 2008 came on for hearing the Motion for Partial Summary Judgment filed herein by the Defendants Federal Express Corporation and Fred Smith.  Appearing for the Defendants was Robert R. Ross of Federal Express Corporation.  There was no appearance by the Plaintiffs or anyone on their behalf.

From all matters presented to the Court, including the Statement of Uncontroverted Facts and Conclusions of Law filed by the Defendants, which are hereby adopted in their entirety the Court finds that the Motion should be granted.

THEREFORE, it is by the Court ORDERED that the Defendants shall pay to the Plaintiff the sum of $26.25 and Summary Judgment on Plaintiffs' remaining claims shall be granted in favor of Defendants.  Fed. R. Civ. P. 56(c); <u>Celotex v. Catrett</u>, 477 U.S. 317, 106 S. Ct. 2548, 91 L. Ed. 2d 265 (1986).

IT IS SO ORDERED this   1st   day of December 2008.

_____
HONORABLE MANUEL REAL

JUDGMENT AND ORDER ON SUMMARY JUDGMENT
CASE NO. CV 07-06688 R